## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## LEXINGTON DIVISION

| | |
|---|---|
| ROBERT GIAMMARCO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  No. 5:17-cv-00323-JMH |
| | ) |
| CHECKREDI OF KENTUCKY, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SETTLEMENT

Plaintiff, ROBERT GIAMMARCO, ("Plaintiff"), through his attorney, Hormozdi Law Firm, LLC, informs this Honorable Court that the Parties have reached a settlement in this case. Plaintiff anticipates dismissing this case, with prejudice, within 30 days.

RESPECTFULLY SUBMITTED,

November 20, 2017   By: /s/ Shireen Hormozdi
　　　　　　　　　　　　Shireen Hormozdi
　　　　　　　　　　　　Hormozdi Law Firm, LLC
　　　　　　　　　　　　1770 Indian Trail Lilburn Road, Suite 175
　　　　　　　　　　　　Norcross, GA 30093
　　　　　　　　　　　　Tel: 678-395-7795
　　　　　　　　　　　　Fax: 866-929-2434
　　　　　　　　　　　　shireen@agrusslawfirm.com
　　　　　　　　　　　　shireen@norcrosslawfirm.com
　　　　　　　　　　　　Attorney for Plaintiff

## CERTIFICATE OF SERVICE

On November 20, 2017, I electronically filed the Notice of Settlement with the Clerk of the U.S. District Court, using the CM/ECF system. I e-mailed a copy of the filed Notice of Settlement to Defense Counsel, Robert A. Cirino, at rcirino@westermanllp.com.

By: /s/ Shireen Hormozdi
Shireen Hormozdi