## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## LEXINGTON DIVISION

| | |
|---|---|
| ROBERT GIAMMARCO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No. 5:17-cv-00323-JMH |
| | ) |
| CHECKREDI OF KENTUCKY, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, ROBERT GIAMMARCO, ("Plaintiff"), through his attorney, Hormozdi Law Firm, LLC, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses this case, with prejudice, against Defendant, CHECKREDI OF KENTUCKY.

RESPECTFULLY SUBMITTED,

February 7, 2018            By: /s/ Shireen Hormozdi
                                Shireen Hormozdi
                                Hormozdi Law Firm, LLC
                                1770 Indian Trail Lilburn Road, Suite 175
                                Norcross, GA 30093
                                Tel: 678-395-7795
                                Fax: 866-929-2434
                                shireen@agrusslawfirm.com
                                shireen@norcrosslawfirm.com
                                Attorney for Plaintiff

## CERTIFICATE OF SERVICE

On February 7, 2018, I electronically filed the Notice of Voluntary Dismissal with the Clerk of the U.S. District Court, using the CM/ECF system. I e-mailed a copy of the filed Notice of Voluntary Dismissal to Defense Counsel, Robert A. Cirino, at rcirino@westermanllp.com.

By: /s/ Shireen Hormozdi
Shireen Hormozdi