```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF KENTUCKY
                    CENTRAL DIVISION at LEXINGTON
```

ROBERT GIAMMARCO,            )
                             )
    Plaintiff,               )
                             )           Civil Case No.
v.                           )           17-cv-323-JMH
                             )
CHECKREDI OF KENTUCKY,       )
                             )
    Defendant.               )           **ORDER**
                             )

                              ***

In light of Plaintiff's Notice of Voluntary Dismissal with Prejudice [DE 17], **IT IS ORDERED:**

(1) that all claims are **DISMISSED WITH PREJUDICE** and

(2) that the Clerk shall **STRIKE THIS MATTER FROM THE ACTIVE DOCKET**.

This the 15th day of February, 2018.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge